IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| JOHN ANTHONY CROSBY, | * | |
| Debtor. | * | CV 125-152 |
| | * | |
| JOHN ANTHONY CROSBY, | * | |
| Appellant, | * | Bankruptcy Case |
| v. | * | No. 24-10795 |
| HSBC BANK USA, N.A., | * | |
| Appellee. | * | |

**ORDER**

For the reasons stated in the Court's September 8, 2025 Order finding Appellant John Anthony Crosby is not entitled to a stay of the foreclosure of his Property, the Court also **DENIES** Appellant's emergency motion to stay foreclosure pending appeal (Doc. 127) filed in his Bankruptcy matter.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of September, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA